UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. JENSEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-00942-AGF |
| | ) | |
| DENISE HACKER, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Respondent's Motion for Continued Sealing of Respondent's Exhibits A, B, D, E, F, G, and H.  ECF No. 17.  The Court has carefully reviewed Respondent's motion and their list of documents proposed to be subject to continued sealing (ECF No. 11; 11-1 to 11-7).  In doing so, the Court has balanced the common-law right of access to judicial records against the interests served by maintaining confidentiality of the information sought to be sealed.  *See Flynt v. Lombardi*, 885 F.3d 508, 511 (8th Cir. 2018) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597-98 (1978), and *IDT Corp. v. eBay*, 709 F.3d 1220, 1222 (8th Cir. 2013)).

As information regarding the underlying proceedings remains publicly available through the Petition (ECF No. 1 and ECF No.1-1 to 1-3) and the Court's Memorandum and Order (ECF No. 15) and the currently sealed documents contain numerous references

to highly sensitive personal information, the Court is persuaded that Respondent has demonstrated sufficiently compelling reasons to continue to seal these documents.

Accordingly,

**IT IS HEREBY ORDERED** Respondent's Motion for Continued Sealing of Respondent's Exhibits A, B, D, E, F, G, and H is **GRANTED**.  ECF No. 17.

Dated this 19th day of November, 2024

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE